**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN WALKER,<br><br>Plaintiff,<br><br>v.<br><br>AT&T BENEFIT PLAN NO. 3 and<br>AT&T SERVICES, INC.,<br><br>Defendants. | Case No. 2:21-cv-00916-MCS-SK<br><br>**JUDGMENT** |

1

Pursuant to this Court's Order re: Motion for Summary Judgment (ECF No. 61), Judgment on a Bench Trial (ECF No. 63), and Motion to Strike (ECF No. 72),

IT IS ADJUDGED that judgment is entered in favor of Defendants AT&T Benefit Plan No. 3 and AT&T Services, Inc. and against Plaintiff Kevin Walker on all claims in Plaintiff's Complaint. The action is dismissed with prejudice. Plaintiff shall take nothing from this action, and Defendants are entitled to their costs of suit.

**IT IS SO ORDERED.**

Dated: April 6, 2022

MARK C. SCARSI
UNITED STATES DISTRICT JUDGE